## Commonwealth *v.* Young, Appellant.

Argued September 18, 1970. *John W. Packel,* Assistant Defender, with him . *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, with him *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth ex rel. Back et al., Appellants, *v.* Back.

Argued September 16, 1970. *Robert C. Rowe,* for appellants; *Allen H. Krause,* with him *Edward H. Miller,* for appellee.

Order affirmed.